**FILED**
December 09, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **ARDALAN BERYEJI,** § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | **CIVIL NO. SA-25-CV-1681-OLG** |
| § | |
| **SYLVESTER M. ORTEGA** *et al.*, § | |
| § | |
| Respondents. § | |

## ORDER FOR SERVICE

Pending before the Court is the Petition for Writ of Habeas Corpus (Dkt. No. 1) filed by Petitioner Ardalan Beryeji, who is currently detained at the South Texas ICE Processing Center in Pearsall, Texas, located in the Western District of Texas.

Upon review, it is **ORDERED** that the Clerk of Court shall send copies of the Petition (Dkt. No. 1) and this Order by certified mail return receipt requested to the Office of the United States Attorney at the following address:

>  **Mary F. Kruger**
>  **United States Attorney's Office**
>  **Chief, Civil Division**
>  **601 NW Loop 410, Suite 600**
>  **San Antonio, TX 78216**

Delivery by certified mail return receipt requested of those documents shall constitute sufficient service of process upon Respondents Sylvester M. Ortega, Kristi Noem, the U.S. Department of Homeland Security, Pamela Bondi, and the Executive Office for Immigration Review.

It is further **ORDERED** that the Clerk of Court shall serve Respondent Warden, South Texas ICE Processing Center, with copies of the Petition (Dkt. No. 1) and this Order by certified mail return receipt requested at the following address:

**Warden**
**South Texas Detention Complex**
**566 Veteran Drive**
**Pearsall, Texas 78061**

Delivery by certified mail return receipt requested of those documents shall constitute sufficient service of process.

It is further **ORDERED** that:

1. Respondents must file a response to the Petition (Dkt. No. 1) **within 3 days** after service. *See* 28 U.S.C. § 2243. Respondents may, in lieu of a response, file a motion requesting additional time of up to 20 days to respond. *See id.* (noting that a return (i.e., a response) demonstrating why the writ should not be issued shall be provided "within three days unless for good cause additional time, not exceeding twenty days, is allowed").

2. If Petitioner elects to file a reply, he may do so **no later than 7 day**s after the Respondents' response is filed.

**SIGNED** this 9th day of December, 2025.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ORLANDO L. GARCIA
　　　　　　　　　　　　　　　　United States District Judge